IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NICHOLES B. NAPIER,

    Plaintiff,                                No. CIV S-07-2117 DAD

    v.

MICHAEL J. ASTRUE,                      ORDER
Commissioner of Social Security,

    Defendant.

_____/

        By order filed May 23, 2008, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution.  On June 16, 2008, plaintiff filed a timely response indicating that plaintiff's motion for summary judgment was not filed due to counsel's inadvertent calendaring omission.  In the interest of justice, IT IS ORDERED that the May 23, 2008 order to show cause is discharged, plaintiff is granted an extension of time to June 20, 2008 to file his motion for summary judgment, and this matter shall proceed thereafter in accordance with the terms of the scheduling order filed October 10, 2007.

DATED: June 18, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/napier2117.discharge.osc