1    BESS M. BREWER, #100364
     LAW OFFICE OF
2    BESS M. BREWER & ASSOCIATES
     1023 H Street, Suite B5
3    Sacramento, CA 95814
     Telephone: (916) 448-8600
4    Facsimile: (916) 448-8605

5    Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10   **NICHOLES B. NAPIER**            )      **Case No.  CIV-07-2117 DAD**
                                       )
11                                     )
                                       )
12                                     )      **STIPULATION AND ORDER**
            **Plaintiff,**             )      **EXTENDING PLAINTIFF'S TIME TO**
13                                     )      **FILE MEMORANDUM IN SUPPORT**
     **v.**                            )      **OF ATTORNEY FEES UNDER THE**
14                                     )      **EQUAL ACCESS TO JUSTICE ACT**
     **JO ANNE B. BARNHART**           )
15   **Commissioner of Social Security**  )
     **of the United States of America,**  )
16                                     )
            **Defendant.**             )
17                                     )
     _____ )
18

19          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

20   permission of the Court as evidenced below, that the Plaintiff's time to file his motion for attorney fees

21   under the Equal Access to Justice Act (EAJA) is hereby extended from its current due date of October

22   13, 2009, to November 13, 2009.  This extension is required to permit the parties to pursue settlement

23   of the fees in this case

24   / / / /

25   / / / /

26   / / / /

27   / / / /

28   / / / /

                                            1

1   Dated: October 13, 2009            */s/Bess M. Brewer*

BESS M. BREWER

2                                   Attorney at Law

3                                   Attorney for Plaintiff

4

5   Dated: October 13, 2009_____       McGregor W. Scott

United States Attorney

6                                   By:*/s/  Leo R. Montenegro*

7                                   LEO R. MONTENEGRO

Special Assistant U.S. Attorney

8

9                                   Attorney for Defendant

10

11                                 **ORDER**

12

APPROVED AND SO ORDERED.

13

DATED: October 26, 2009.

14

15

16                                 Dale A. Drozd

17                                   DALE A. DROZD

UNITED STATES MAGISTRATE JUDGE

18   Ddad1/orders.socsec/napier2117.stipord

19

20

21

22

23

24

25

26

27

28